14, 1914.) Action by Nellie Davis, as administratrix, etc., against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. The finding of the jury that the defendant was guilty of negligence is contrary to and against the weight of the evidence.